UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| TAMMY J.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-CV-145-H-BU |

### ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Commissioner's decision be reversed. Dkt. No. 25. No objections were filed. The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claim is remanded for further administrative proceedings consistent with the FCR.

So ordered on November 21, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE