UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TAMMY J.,

     Plaintiff,

v.

                                   No. 1:21-CV-145-H-BU

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

     Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's motion for attorney's fees (Dkt. No. 28) be granted and that she be awarded $4,614.97 in attorney's fees. Dkt. No. 30. The Commissioner did not respond to the plaintiff's motion and has not filed any objections to the FCR.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR.

Accordingly, the Court grants the plaintiff's motion for attorney's fees (Dkt. No. 28). Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, the Court awards the plaintiff $4,614.97 in attorneys fees. If the plaintiff has no debt registered with the

Department of Treasury subject to offset, the awarded fees shall be paid directly to her attorney of record.

So ordered on September 12, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE